**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7403**

EDWARD WILLIAMS,

    Plaintiff - Appellant,

  v.

CORRECTIONAL MEDICAL SERVICES, INC.,

    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:11-cv-00538-JFM)

Submitted: February 9, 2012   Decided: February 14, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Williams, Appellant Pro Se. Philip Melton Andrews, Jeremy C. B. Wyatt, KRAMON & GRAHAM, PA, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Corr. Med. Servs., No. 1:11-cv-00538-JFM (D. Md. Sept. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED